Robert Newhouse, Trustee
1412 Main Street, Suite 2450
Dallas, Texas 75202
(214) 752-0999

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

IN RE: §
§
 HERITAGE SOUTHWEST § CASE NO. 301-30212-BJH-7
 MEDICAL GROUP, PA §
§
DEBTOR(S) §

### NOTICE BY CHAPTER 7 TRUSTEE TO DEPOSIT UNCLAIMED FUNDS

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 7 case. I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement checks have not been negotiated.

Name of payee on unclaimed check:                                                Amount

1. Today's Staffing, Inc.
   c/o Michael W. Minton
   2000 E. Lamar Blvd.
   Suite 600
   Arlington, TX 76006                                                            $1,132.28

2. Health Management Solutions, Inc.
   10700 North Freeway
   Suite 900
   Houston, TX 77037                                                              $6,734.70

3. Comprehensive Sleep Wake Center/National
   Sleep Technologies, Inc.
   1511 Ritchie Hwy, 3rd Floor
   Arnold, MD 21012                                                               $1,150.34

4. Nguyen, Dung Chi M.D.
   666 N Fielder # 100
   Arlington, TX 76012                                                            $747.52

**NOTICE TO DEPOSIT UNCLAIMED FUNDS - PAGE 1**

5. Rolison, Jeannette L.
   1244 Palisades Dr.
   Lewisville, TX  76057                                          $37.05

6. Poliak, Jorge M.D.
   4323 N. Josey Ln #304
   Carrollton, TX  75010                                          $290.44

7. Bell, Jerrold M.
   5924 Royal Ln.
   Suite 2500
   Dallas, TX  75230                                              $77.97

8. Pediatric & Family Practice
   2300 Highland Village # 300
   Highland Village, TX  75077-7157                               $122.55

9. Dicker Staffing
   P.O. Box 803456
   Dallas, TX  75380                                              $54.46

10. Southwest Fort Worth Anesthesia Consultants
    2630 W. Freeway, Suite 126
    Fort Worth, TX  76102                                         $430.87

11. Fort Worth Anesthesiology Consultants
    2630 W. Freeway, Suite 126
    Fort Worth, TX  76102                                         $559.05

12. Anesthesia Associates, PA
    2630 W. Frwy, Ste. 126
    Fort Worth, TX  76102                                         $189.42

13. Educational Credit Management Corporation
    4001 Office Court Dr Building 700
    Santa Fe, NM  87507                                           $148.61

14. Basco, Michael A. M.D.
    1305 Airport Freeway
    Bedford, TX  76021                                            $1,062.27

15. Clark, Edward D. M.D.
    4100 Heritage Ave., Suite 102
    Grapevine, TX  76051-5716                                     $301.56

**NOTICE TO DEPOSIT UNCLAIMED FUNDS  -  PAGE 2**

16. Maewal, Hrishi K. M.D.
    1216 Fifth Ave
    Fort Worth, TX 76104-4303                  $165.63

17. Physician Anesthesia Consultants
    2630 W. Freeway, Suite 126
    Fort Worth, TX 76102                       $1,118.01

18. Ferraro, Christopher P.
    4013 Beacon St
    Flower Mound, TX 75028                     $8.38

19. SW Vascular & Surgical Group, PA
    7929 Brookriver Dr.
    Suite 550
    Dallas, TX 75247-4948                      $4,992.91

20. Matria Healthcare, Inc.
    1850 Parkway Place
    Marietta, GA 30067                         $326.91

21. Jackson, Dale M.D.
    724 W. Main, Suite 160
    Lewisville, TX 75067                       $44.01

22. Maxey, John A. M.D.
    440 W. Interstate 635
    Suite 345
    Irving, TX 75063                           $304.74

23. Metropolitan Anesthesia Consultants, P.A.
    4131 N Central Expressway, Suite 200
    Dallas, TX 75204-2173                      $348.68

24. Scott, Helen W.
    25411 Sea Bluffs Dr The Inn #119
    Dana Pt., CA 92629                         $21.25

25. Malone, Donald W. M.D.
    1400 Bryan Drive, Suite 306
    Durant, OK 74701                           $621.11

26. Asthma & Respiratory Consultants
    475 W Elm Street, Suite 100
    Lewisville, TX 75057-3764                  $169.97

**NOTICE TO DEPOSIT UNCLAIMED FUNDS  -  PAGE 3**

27. Cons In Cartiothor & Vascular Surgery
    1111 W Mockingbird Ln.
    Suite 875
    Forth Worth, TX  76104                              $334.90

28. Mid-Cities Neurology Associates
    1604 Hospital Pkwy, Ste 407
    Bedford, TX  76022-6932                             $18.80

29. The Womens Centre
    3537 S I-35 E.
    Suite 211                                           $3,015.73
    Denton, TX  76210                                   $127.31

30. ERB Radiology Assoc
    P.O. Box 741028
    Dallas, TX  75374-1028                              $3,334.52

31. Tarrant Pathology Associates
    9441 LBJ Freeway
    Dallas, TX  75243                                   $213.40

32. Doctors Interpretive Svcs
    P.O. Box 931910
    Richardson, TX  75083-1910                          $645.71

33. Metro North Cardiovascular Associates
    44851 S I-35 E, Ste 101
    Corinth, TX  76210                                  $4,355.37

34. Lewis, Jeffrey E. M.D.
    3537 South I-35 East
    Suite 210
    Denton, TX  76210                                   $1,433.66

35. Pinnacle Anesthesia Consultants, PA
    P.O. Box 971644
    Dallas, TX  75397-1644                              $9,142.60

36. Ozanne, Stephen M.D.
    101 E. Park Blvd.
    Suite 555
    Plano, TX  75074                                    $1,387.08

**NOTICE TO DEPOSIT UNCLAIMED FUNDS  -  PAGE 4**

37. Fort Worth Surgery Center
    P.O. Box 830642                                    $58.86
    Birmingham, AL  35283-0642                         $53.12

38. Southwest Cardiology
    919 N. Galloway Ave.
    Mesquite, TX  75149                                $3,840.01

39. North Irving Imaging Center
    3636 N. Macarthur Blvd.
    Suite 170
    Irving, TX  75062                                  $5,005.10

40. Huff, Angela L. M.D.
    2700 W. Pleasant Run
    Suite 320
    Lancaster, TX  75146                               $238.34

41. Questcare Medical Services
    P.O. Box 869326
    Plano, TX  75086                                   $400.76

42. Emer Recource, P.A.
    Columbus, OH  43260                                $17.72

43. Medical Select Mgmt.
    501 W. 10th Street
    Room 147
    Fort Worth, TX  76102                              $13.93

44. Edinburg Hospital
    550 Pharr Road
    Suite 400
    Atlanta, GA  30305                                 $268.75

45. Greater Richardson Anesthesia (Ray R. Ortiz, M.D.)
    12200 Park Central Drive
    Suite 250
    Dallas, TX  75251                                  $9.94

46. Harris Methodist Southwest Hospital
    6000 Western Place
    Suite 570
    Fort Worth, TX  76107                              $21.49

**NOTICE TO DEPOSIT UNCLAIMED FUNDS  -  PAGE 5**

47. Clear Sky MRI/Open MRI Center
    12606 Greenville Avenue
    Dallas, TX  75243                                     $1,407.84

48. Hughes Kent C. M.D., P.A.
    221 W. Colorado Blvd.
    Dallas, TX  75208                                     $16.62

49. Gerado Becho
    2301 Forest Ln.
    Suite 200
    Garland, TX  75042-7954                               $95.20

50. Guardian Health Systems
    9786 Skillman Street
    Dallas, TX  75243                                     $1,767.73

51. Michaelson, Paul S. M.D.
    8226 Douglas Ave, Ste 748
    Dallas, TX  75229-5929                                $439.66

52. American Multiline Corp.
    1700 Pacific Ave., Suite 4100
    Dallas, TX  75201-4675                                $4,650.00

53. Mason, James M.D.
    5939 Harry Hines Blvd.
    Professional Bldg #2, Suite 641
    Dallas, TX  75235                                     $168.69

54. Wilson-N-Jones Hospital
    P.O. Box 814367
    Dallas, TX  75381                                     $96.67

55. Ambose, Walter J. M.D.
    643 S. Great Southwest Pkwy #101
    Grand Prairie, TX  75051-1056                         $1,783.81

56. Baker, Gerlinda F
    416 J.L. Dr.
    Valley View, TX  76272                                $35.95

57. St. Francis Hospital
    P.O. Box 740775
    Atlanta, GA  30374                                    $30.60

58. Lynay Healthcare, Inc.
    Todd Callister, President
    9792 N. 4600 W
    Cedar Hill, UT  84062                                    $5,408.62

59. Chrest, Jonathan L. M.D.
    P.O. Box 741028
    Dallas, TX  75374-1028                                   $688.44

60. Trentham, Reginald B. M.D.                               $16.56
    1600 Coit Rd.                                            $4.97
    Suite 106                                                $3.29
    Plano, TX  75075                                         $13.25

61. Li, Kai Tung M.D.
    1009 Crowley Road
    Arlington, TX  76012                                     $7.59

62. Hinnant, Jerry H. M.D.
    800 N. Bishop
    Dallas, TX  75208                                        $224.84

63. NPPA National LLC
    c/o John E. Clontz
    Clontz & Cox, LLC
    Mt. Vernon, KY  40456                                    $225.89

64. Clinical Neurosurgical Associates
     of Dallas, L.L.P.
    c/o Jackson Walker, LLP
    901 Main Street, Suite 6000
    Dallas, TX  75202                                        $372.84

65. Comprehensive Pain Management
    909 9th Ave, #210
    Fort Worth, TX  76104                                    $7.07

66. Emergency Services Assoc
    P.O. Box 814465                              *(Claim 2005-2059)*
    Dallas, TX  75381                                        $117.64

67. Emergency Services Assoc
    P.O. Box 814465                              *(Claim 2064-2065)*
    Dallas, TX  75381                                        $5.40

**NOTICE TO DEPOSIT UNCLAIMED FUNDS  -  PAGE 7**

68. Emergency Services Assoc
 P.O. Box 814465 *(Claim 2069-2094)*
 Dallas, TX 75381 $88.05

69. Emergency Services Assoc
 P.O. Box 814465 *(Claim 2104-2114)*
 Dallas, TX 75381 $47.90

70. Emergency Services Assoc
 P.O. Box 814465 *(Claim 2117-2160)*
 Dallas, TX 75381 $158.49

71. Emergency Services Assoc
 P.O. Box 814465 *(Claim 2162-2168)*
 Dallas, TX 75381 $24.62

72. Young, David M.D.
 10246 Midway Road
 Suite A
 Dallas, TX 75229 $317.77

73. Hariz, George M. M.D.
 929 N. Galloway Avenue
 Suite 210
 Mesquite, TX 75149 $1,347.76

74. Orthopedic Specialty Associates, P.A.
 800 Fifth Avenue
 Suite 500
 Fort Worth, TX 76104 $82.67

75. Dixon, Calvin L. M.D.
 1016 E. Wheatland Road
 Duncanville, TX 75116-4914 $264.15

76. Health Management Solutions, Inc.
 9100 Southwest Freeway, Suite 114
 Houston, TX 77074 $6,734.70

77. HEB MRI Center
 1600 Hospital Parkway
 Bedford, TX 75022 $422.47

**NOTICE TO DEPOSIT UNCLAIMED FUNDS - PAGE 8**

78. Denton Community Hospital
    c/o Bruce Akerly
    Bell Nunnally & Martin LLP
    3232 McKinney Avenue, #1400
    Dallas, TX  75204                                              $149.06


      /s/ Robert Newhouse
1412 Main Street, Suite 2450
Dallas, Texas  75202

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice to Deposit Unclaimed Funds was mailed (forward by electronic transmission) to the following parties on the 18th of January, 2011.

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242

**Debtor(s) Attorney of Record:**
Louis R. Strubeck, Jr.
Fulbright & Jaworski, L.L.P.
2200 Ross Avenue
28th Floor
Dallas, TX  75201

    /s/ Robert Newhouse
1412 Main Street, Suite 2450
Dallas, Texas  75202